IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINCOLN APARTMENT MANAGEMENT LP, agent of The Overlook at Lindbergh Apartments,<br><br>    Plaintiff,<br><br>    v.<br><br>FIVE STAR LOGISTICS AND ALL OTHER OCCUPANTS,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-52-TWT |

**ORDER**

This is a dispossessory action wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending remanding the case to the Magistrate Court of Fulton County for lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Magistrate Court of Fulton County.

SO ORDERED, this 19 day of February, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge